Entered: October 30th, 2026
Signed: October 29th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | | |
|---|---|---|
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] | * | Jointly Administered under Case No: 25-10308-DER (Chapter 11) |
| | * | |
| Debtors | * | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| Morgan W. Fisher, Chapter 7 Trustee, | * | |
| Plaintiff, | * | |
| v. | * | Adv. Proc. No: 25-00232-DER |
| Action Lab Entertainment, Inc. d/b/a Action Lab Entertainment, | * | |
| Defendant. | | |

* * * * * *

| | | |
|---|---|---|
| Action Lab Entertainment, Inc. d/b/a Action Lab Entertainment, | * | |
| Counterclaimant and Third-Party Plaintiff, | * | |
| v. | * | |
| JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC, | * | |
| Third-Party Defendants. | * | |

* * * * * * * * * * * *

**CONSENT ORDER RESOLVING THIRD-PARTY PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Upon consideration of the Motion to Compel Discovery (the "Motion") filed by Third-Party Plaintiff, Action Lab Entertainment, Inc. d/b/a Action Lab Entertainment ("Third-Party

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

Plaintiff"), and with the consent of Third-Party Plaintiff and Third-Party Defendant Sparkle Pop, LLC ("Sparkle Pop") to the terms set forth herein, the Court finding good cause for entry of this Consent Order, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That an inspection of the inventory of Third-Party Plaintiff's consigned inventory shall be performed at the warehouse located in Olive Branch, Mississippi (the "Warehouse") on Monday, October 26, 2026, and Tuesday, October 27, 2026.

2. That the inspection shall commence at 11:30 a.m. local time on each day and shall continue for approximately eight (8) hours each day.

3. That the inspection shall be conducted by Shawn Hamrick, with the assistance of one additional individual.

4. That Third-Party Plaintiff shall be responsible for the fees and costs incurred by Shawn Hamrick and his assistant in connection with the inspection.

5. That Sparkle Pop shall be permitted to accompany Shawn Hamrick and his assistant throughout the inspection.

6. That Shawn Hamrick and his assistant shall not move any physical items without Sparkle Pop's prior written permission. The inspection shall primarily consist of a visual inspection and identification of the consigned inventory.

7. That prior to accessing the Warehouse, Shawn Hamrick and his assistant shall execute a nondisclosure agreement relating to their access to the Warehouse.

8. That Sparkle Pop shall bear its own fees, costs, and expenses incurred in connection with Sparkle Pop's participation in the Third-Party Plaintiff's inspection of the inventory.

9. That the Motion is hereby resolved by consent in accordance with the terms of this Order.

WE ASK FOR THIS:

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin (Bar No. 28257)
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
Telephone: (443) 569-0788
E-Mail: chopkin@yvslaw.com

*Counsel for Third-Party Plaintiff*

SEEN AND CONSENTED TO:

/s/ Jodie E. Bekman
Jodie E. Bekman (Bar No. 26004)
**GORDON FEINBLATT, LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Telephone: (443) 576-4082
E-Mail: jbekman@gfrlaw.com

*Counsel for Sparkle Pop, LLC*

cc: Catherine Keller Hopkin, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Jodie E. Bekman (Bar No. 26004)
Gordon Feinblatt, LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202

Attached Service List

**END OF ORDER**

**The following parties received CM/ECF notice of the filing:**

Corinne Donohue Adams, Esquire
(cadams@yvslaw.com)
Counsel for Defendant
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Jodie E. Bekman, Esquire
(jbekman@gfrlaw.com)
Counsel for Third-Party Defendant
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202

Katherine Elizabeth Culbertson, Esquire
(katherine.culbertson@troutman.com)
Counsel for Third-Party Defendant
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4200
Chicago Illinois 60606

Morgan W. Fisher, Esquire
(mwf@morganfisherlaw.com)
Chapter 7 Trustee
Law Offices of Morgan Fisher, LLC
18 West Street
Annapolis, Maryland 21401

Zvi Guttman, Esquire
(zvi@zviguttman.com)
Chapter 7 Trustee
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, Maryland 21282

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Defendant
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401